**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARY CHAMBERS,

                Plaintiff,                17 **CIVIL** 7557 (KMK)

    -against-                       **JUDGMENT**

ROBERT LOMBARDI, *et al.*,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 1, 2020, Defendants' motion for summary judgment is granted; granting this motion resolves the case in Defendants' favor; judgment is entered for Defendants, and this case is closed.

**Dated:**  New York, New York
         May 4, 2020

                                          **RUBY J. KRAJICK**
                                            _____
                                            Clerk of Court
                        **BY:**
                                              Deputy Clerk